# United States District Court
### EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVID TEAGUE, #1976916 | § § | |
| VS. | § § | Case No. 4:16CV814 |
| DIRECTOR, TDCJ-CID | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Movant's motions for default judgment (Dkt. # 10, 11) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's motions for default judgment (Dkt. # 10, 11) are **DENIED**.

**SIGNED this 31st day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE