IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVID TEAGUE, #1976916 | § | |
| | § | |
| VS. | § | Case No. 4:16cv814 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER

Petitioner filed a motion to amend his § 2254 Petition (Dkt. #30).  The motion seeks to

add an additional claim related to a conviction within the United States District Court for the

District of New Mexico.  The motion is unreasonable.

It is accordingly **ORDERED** that Movant's (Dkt. # 30) is **DENIED**.

 **SIGNED this 31st day of October, 2017.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE