IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANTHONY DAVID TEAGUE, #1976916

VS.

DIRECTOR, TDCJ-CID

Cause No.: 4:16cv814

FILED
DEC 08 2017
Clerk, U.S. District Court
Texas Eastern

## MOTION TO STAY FURTHER ACTION ON THIS CASE

Petitioner Pro Se, Anthony David Teague, moves this Honorable Court to not take any further action, especially and in particular a final ajudication on this case, until final action has been taken on the case with cause no.: 4:17cv818 also filed in this Court. In support, Petitioner shows the following:

1. I am Anthony David Teague, the petitioner in this above-styled and numbered cause of action.
2. I filed this petition on October 16th, 2016 attacking my unconstitutional conviction.
3. I filed another petition on November 15th, 2017 in this Court attacking my parole denial that I discovered subsequent to the filing of the first petition. This discovery occurred on November 29th, 2016.
4. Granting relief on the 4:16cv814 case will effectively deny the Court subject matter jurisdiction to consider the merits of the 4:17cv818 petition.
5. This motion is not made for delay, but so that the interests of justice may be served.
6. This motion is freely and voluntarily made by Petitioner.

Wherefore, Petitioner prays this Court to stay any further proceedings in the above-styled and numbered case, especially a final ajudication granting relief until his other petition is first decided.

Respectfully submitted this 5th day of December, 2017.

x _Anthony David Teague_

Anthony David Teague
TDCJ-ID#: 1976916
William G. McConnell Unit
3001 S. Emily Drive
Beeville, TX 78103