Friday December 29th, 2017

United States District Court
Eastern District of Texas
101 E. Pecan St. Rm. 216
Sherman, TX 75090

4:16CV814

FILED
JAN -9
C..., U.S. Dist... ...urt
Texas Eastern

To The Honorable Judge Kimberly C Priest-Johnson:

Please take notice that I have filed in the District of New Mexico a Motion to Vacate Sentence under 28 USC §2255 attacking my federal prior. Please do not do anything to render moot or deprive that court of jurisdiction. The cause number on that action is: 2:17cv1261. I do not know what the 10th Circuit has said interpreting Carafas v. LaVallee in situations such as this and am unable to find out due to the law library staff's incompetence here at this facility. I further acknowledge the ex parte nature of this communication, but could not possibly care any less. If you are clear to fire on my §2254, then please do so with all due haste. Thank you in advance and please accept my sincere apologies for filing some frivolous motions in your court due to my ignorance as well as the aforementioned inadequacies of the law library.

Sincerely yours,

x _Anthony David Teague_
Anthony David Teague
TDCJ-ID#: 1976916
William G. McConnell Unit
3001 S. Emily Drive
Beeville, TX 78103
PETITIONER PRO SE