IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION



ANTHONY DAVID TEAGUE §
§
vs. § Cause No. 4:16cv814
§
DIRECTOR, TDCJ-CID §

## NOTICE OF MANDAMUS

Please take notice that Petitioner Pro Se and Political Prisoner, ANTHONY DAVID TEAGUE, intends to petition the United States Court of Appeals for the Fifth Circuit for a Writ of Mandamus under 28 U.S.C. §2243 to order this court to adjudicate on the merits the claims contained in his §2254 Petition that is currently pending in this Court. Petitioner has not heard from this Court in nearly a year and is wrongfully confined. Petitioner is aware that District Court Judge Richard A. Schell is on the Board of Regents for Southern Methodist University and Petitioner's action alleges that he is currently confined in retaliation for his filing of a lawsuit against SMU in 2012. Petitioner's §2254 has been pending since October of 2016 and he believes the 31-month delay is not due to indolence or indifference of the Court or even due to other actions having been filed before his, but rather due to a continuing conspiracy to maliciously confine him in retaliation for his constitutionally-protected conduct. This court has severed all contact with Petitioner and refuses to respond to his letters or motions or perform its ministerial duties. Petitioner will wait no more than 30 days from this date before filing his Mandamus action in the New Orleans Court to give this Court adequate time to respond.

Respectfully submitted this 13th day of May, 2019,

X _Anthony David Teague_
ANTHONY DAVID TEAGUE #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
PETITIONER PRO SE/POLITICAL PRISONER