IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION



ANTHONY DAVID TEAGUE,
    Petitioner
vs.

DIRECTOR, TDCJ-CID,
    Respondent

Civil Action No. 4:16cv814

## MOTION TO CONDITIONALLY WITHDRAW GROUNDS

Petitioner pro se, Anthony David Teague, requests that this Court permit him to withdraw and dismiss any and all grounds which would require expansion of the record or an evidentiary hearing provided that this Court grant relief on any of his other grounds for which no such hearing is necessary. Petitioner believes that he has presented numerous meritorious grounds for which no record expansion is necessary. Petitioner believes this motion will expedite Justice and serve his best interests. Petitioner further requests leave of the Court to reinstate any such grounds requiring expansion of the record or hearing in the event that this Court denies relief for his record-supported grounds or if the Respondent appeals any grant of relief made by this Court.

Respectfully submitted this 8th day of July, 2019,

X _Anthony David Teague_
Anthony David Teague #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
PETITIONER PRO SE