IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



ANTHONY DAVID TEAGUE, #1976916

VS.

DIRECTOR, TDCJ-CID

CIVIL ACTION NO. 4:16cv814

## NOTICE OF STATE COURT FILING

Please take notice that Petitioner pro se, Anthony David Teague, has filed a successive 11.07 state habeas writ application in the 219th District Court of Collin County, Texas claiming two Grounds for relief which he believes are exceptions to the successive Application bar due to actual innocence. Petitioner notifies this Court so that it may either stay action on this case or take whatever other action it sees as appropriate under the law. His 11.07 was placed in the prison mail system on Friday July 12th, 2019 with adequate postage pre-paid by him.

Respectfully submitted this 15th day of July, 2019,

X *Anthony David Teague*
Anthony David Teague #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
PETITIONER PRO SE