## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 05, 2019

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 19-40493    In re: Anthony Teague
                          USDC No. 4:16-CV-814

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

cc w/encl:
    Mr. Anthony David Teague

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-40493
_____

In re: ANTHONY DAVID TEAGUE,

        Petitioner

**A True Copy**
**Certified order issued Jul 05, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Eastern District of Texas
_____

CLERK'S OFFICE:

    Under 5ᵗʰ CIR. R. 42.3, the appeal is dismissed as of July 5, 2019, for want of prosecution. The appellant failed to timely comply with the Court's notice of May 29, 2019.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT