

ANTHONY DAVID TEAGUE, #1976916

VS.  CIVIL ACTION NO. 4:16cv814

DIRECTOR, TDCJ-CID

## MOTION TO STAY CASE

Petitioner Pro Se, Anthony David Teague, moves the Court to stay this case pending the outcome of his recently filed state habeas application. Petitioner asserts that his Prosecutorial Misconduct ground is not procedurally defaulted but is rather only unexhausted as it is an actual innocence claim and consequently exempt from the state successive writ bar. This motion is not sought for delay, but to serve the interests of Justice and so the state courts can consider the merits of his claim untethered by any abstention doctrine or comity or jurisdiction considerations. Petitioner's motion should be granted.

SIGNED and submitted this 30th day of July, 2019,

X _Anthony David Teague_
Anthony David Teague #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
PETITIONER PRO SE