IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVID TEAGUE | § | |
| TDCJ No. 01976916, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 4:16-CV-814 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| Respondent. | § | |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL
## WITH BRIEF IN SUPPORT

The Director was last represented in this cause by Assistant Attorney General Jessica Manojlvich. Because Mrs. Manojlvich is no longer with this division, it has become necessary to reassign this case to the undersigned Assistant Attorney General. As a result, the undersigned moves this Court to allow Mrs. Manojlovich to withdraw and to permit the undersigned to substitute in as the Assistant Attorney General representing the Director in this federal habeas action.

The undersigned has been licensed to practice in the State of Texas since November 3, 2017 and is a member in good standing of the State Bar of Texas. The undersigned was admitted to the United States District Court for the Eastern District of Texas on August 8, 2019. All future correspondence should be sent to the undersigned's attention.

For the foregoing reasons, the undersigned moves this Court to allow Assistant Attorney General Jessica Manojlovich to withdraw and to substitute the undersigned as the Assistant Attorney General to represent the Director in this federal habeas corpus action.

                            Respectfully submitted,

                            KEN PAXTON
                            Attorney General of Texas

                            JEFFREY C. MATEER
                            First Assistant Attorney General

                            LISA TANNER
                            Acting Deputy Attorney General
                            for Criminal Justice

                            EDWARD L. MARSHALL
                            Chief, Criminal Appeals Division

                            */s/Patrick Todd*
                            Patrick Todd*

*Lead Counsel                Assistant Attorney General
                            State Bar No. 24106513

                            P. O. Box 12548, Capitol Station
                            Austin, Texas 78711
                            (512) 936-1400
                            Facsimile No. (512) 936-1280

                            ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because Petitioner is incarcerated. Respondent will not speculate on whether the Petitioner will oppose this motion.

/s/ Patrick Todd
PATRICK TODD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing motion has been served by placing same in the United States Mail, postage prepaid, on this the 16th day of August 2019, addressed to:

Anthony David Teague
TDCJ-CID No. 01976916
Wallace Unit
1675 South FM 3525
Colorado City, Texas 79512

/s/ Patrick Todd
PATRICK TODD
Assistant Attorney General