IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANTHONY DAVID TEAGUE

vs.                                           Civil Action No. 4:16cv814

DIRECTOR, TDCJ-CID

## MOTION FOR ORDER

Petitioner Pro Se, Anthony David Teague, moves the Court to direct the Respondent to file all records from the 11.07 Application that was filed by Petitioner and dismissed by the TCCA on Sept. 11th, 2019. Petitioner believes the TCCA cause number was WR-84,231-06. Petitioner further believes these records are relevant and admissible and Respondent has a duty to file them pursuant to Rule 5(a) of the Rules Governing §2254 Cases. Petitioner is unable to file them himself as he is indigent and incarcerated and has no copies of said Application and its records.

SIGNED and submitted this 7th day of October, 2019,

x /s/ Anthony David Teague
Anthony David Teague #1976916
TDCJ-Wallace Unit
1675 S. FM 3525
Colorado City, TX 79512
PETITIONER PRO SE