# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 14, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 20-40102    Anthony Teague v. Bobby Lumpkin, Director
                        USDC No. 4:16-CV-814

The court has granted appellant's motion to reinstate the appeal.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Donna L. Mendez, Deputy Clerk
                        504-310-7677

Ms. Jessica Michelle Manojlovich
Mr. David O'Toole
Mr. Anthony David Teague
Mr. Patrick Daniel Todd


P.S. to Mr. Teague; in light of the reinstatement of this appeal,
all pending motions have been presented to the court for
consideration.  This appeal will not be held in abeyance to allow
for the filing of a Rule 60(b) motion with the district court.